**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2019-cv-03283-CMA-KLM

BRYAN GLOVER, Individually and as Representative of the ESTATE OF JAMIE GLOVER, and on behalf of ROSIE GLOVER,

   Plaintiff,

v.

HAWKSBILL BOTANICALS INC., a Florida Corporation,

   Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Bryan Glover, individually and in his capacity as Representative of the Estate of Jamie Glover and on behalf of Rosie Glover ("Plaintiff"), and Defendant, Hawksbill Botanicals, Inc. ("Defendant"), by and through undersigned counsel, Aaron Bakken of GODFREY | JOHNSON, P.C., hereby advise the Court that the parties have reached a settlement between Plaintiff and Defendant. The parties intend to file dismissal pleadings within the next 30 days.

Respectfully submitted this 30th day of April 2021.

                                           GODFREY | JOHNSON, P.C.

                                           */s/ Aaron R. Bakken*
                                           Aaron R. Bakken
                                           9557 S. Kingston Court
                                           Englewood, Colorado 80112
                                           Telephone: 303-228-0700
                                           Facsimile: 303-228-0701
                                           Email: bakken@gojolaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following e-mail addresses:

Eric R. Jonsen
Jeremy T. Jonsen
1600 Stout Street, Suite 1900
Denver, Colorado 80202
E-mail: erjonsen@jonsen.net
E-mail: jjonsen@allen-vellone.com
*Attorneys for Defendant*

                GODFREY | JOHNSON, P.C.

                */s/ Aaron R. Bakken*
                Aaron R. Bakken
                9557 S. Kingston Court
                Englewood, Colorado 80112
                Telephone: 303-228-0700
                Facsimile: 303-228-0701
                Email: bakken@gojolaw.com

2